EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte: | |
|---|---|
| Aprobación de Cambio de Estatus Inactivo de julio de 2023 | 2023 TSPR 104 <br><br> 212 DPR ___ |

Número del Caso:  EM-2023-0010

Fecha:  31 de agosto de 2023

Materia: Aprobación de Cambio de Estatus Inactivo de julio de 2023.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de
Estatus Inactivo de          EM-2023-0010
julio de 2023

Sala de Verano integrada por la Jueza Presidenta Oronoz Rodríguez, el Juez Asociado señor Kolthoff Caraballo, el Juez Asociado señor Feliberti Cintrón y el Juez Asociado señor Estrella Martínez.

RESOLUCIÓN

En San Juan, Puerto Rico, a 31 de agosto de 2023.

Durante el mes de julio de 2023, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a los(as) abogados(as) siguientes:

| | |
|---|---|
| Acín Díaz, Nilsa M. | 10,311 |
| Antongiorgi Betancourt, Jorge | 7,246 |
| Arsuaga Morales, Jorge Alejandro | 17,959 |
| González Hernández, Graciana M. | 9,130 |
| González Hernández, José G. | 5,154 |
| Luis Paisán, Guillermo Antonio | 20,190 |
| Markus, Richard W. | 3,897 |
| Oquendo Solís, Alcides | 8,285 |
| Ríos Torres, Jorge | 3,063 |
| Román Cruz, Ricardo F. | 7,983 |
| Rosa Crespo, José J. | 8,251 |
| Rosa Silva, Francisco A. | 1,892 |
| Tirado Rodríguez, Ivette | 10,122 |
| Torres De Vélez, Hope | 2,133 |
| Torres Marcano, Pedro J. | 4,396 |

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo